**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals
## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

January 7, 2015

Hon. Brian M. Chandler
Ramey, Chandler, Quinn & Zito, P. C.
750 Bering Drive
Suite 600
Houston, TX 77057
* DELIVERED VIA E-MAIL *

Hon. David R. Stephens
Lindow Stephens Treat LLP
700 N. St. Mary's St., Ste. 1700
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

Hon. Gilberto Hinojosa
Attorney at Law
622 E. St. Charles St.
Brownsville, TX 78520
* DELIVERED VIA E-MAIL *

Hon. J. Steve Mostyn
The Mostyn Law Firm
3810 West Alabama
Houston, TX 77027
* DELIVERED VIA E-MAIL *

Re:      Cause No. 13-14-00651-CV
Tr.Ct.No. MDL-14-0169
Style:    In Re State Farm Lloyds

RPI's motion for extension of time to file response in the above cause was this day GRANTED by this Court. The time has been extended to 1/6/2015.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch